MANCINI SHENK LLP
  Mark Sedlander (State Bar No. 303933)
  msedlander@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4016
Facsimile: (424) 652-4063

Attorney for Defendant
MARLON CORNEJO (#42)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 18-173-GW-42 |
|---|---|
| Plaintiff, | **ORDER PERMITTING EARLY RETURN OF SUBPOENA DUCES TECUM AND ORDERING *BRADY* REVIEW** |
| v. | |
| JOSE LANDA-RODRIGUEZ, *et al.*, MARLON CORNEJO (#42), | |
| Defendant. | |

HAVING REVIEWED THE PARTIES' WRITTEN SUBMISSIONS AND ARGUMENTS ON THE RECORD, IF ANY, IT IS HEREBY ORDERED Defendant Marlon Cornejo's Motion For Early Return of Subpoena Duces Tecum and *Brady* Review is granted in part.

Defendant may serve a subpoena duces tecum on the Custodian of Records at the Los Angeles County District Attorney's Office, with a return date before trial, requiring the return to the Court of the District Attorney's Office's case file for *People of the State of California v. Marlon Cornejo*, Case No. BA405475 (the "File"). The subpoena shall state that within 14 days from the date of service, the District Attorney's Office must: (1) file an objection to the subpoena, (2) supply the File to the Court or state that the file does not exist, or (3) if the District Attorney's Office cannot supply the File to the Court within 14 days from the date of service, but is willing to supply the File to the Court, inform the

1  Court when it can do so.
2        IT IS FURTHER ORDERED that the costs incurred by this process and the fees
3  of the witness, if any, shall be paid in the same manner as are similar costs and fees for
4  witnesses and records subpoenaed on behalf of the government.

6  DATED: April 30, 2020

                                              _____
7                                             HON. GEORGE H. WU
                                              U.S. DISTRICT JUDGE

9  Submitted by,

11       /s/
12  Mark Sedlander
13  Counsel for Marlon Cornejo (#42)